**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DEUTSCHE BANK AG., | : | No. 256 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SEBASTIAN HOLDINGS, INC., CPR | : | |
| MANAGEMENT, S.A., AND DEVON PARK | : | |
| ASSOCIATES, L.P., & DEVON PARK | : | |
| BIOVENTURES, L.P., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.